# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DELONG RANCHES, INC., a Nevada Corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>UNITED STATES OF AMERICA; SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; DIRECTOR OF THE BUREAU OF LAND MANAGEMENT; NEVADA STATE DIRECTOR OF THE BUREAU OF LAND MANAGEMENT; and DISTRICT MANAGER FOR THE WINNEMUCCA DISTRICT OF THE BUREAU OF LAND MANAGEMENT,<br><br>              Defendants. | 3:12-cv-00669-RCJ-WGC<br><br>**ORDER** |

Pending before the Court is the United States' motion to stay this case during the federal government shutdown that spanned from October 1 through October 16, 2013. (Mot. Stay, ECF No. 20). On October 17, 2013, Congress ended the shutdown and restored funding to the Department of Justice. The motion to stay (ECF No. 20) is therefore moot.

## CONCLUSION

IT IS HEREBY ORDERED that the United States' motion to stay (ECF No. 20) is DENIED as moot.

IT IS SO ORDERED.

Dated:  July 23, 2014

_____
ROBERT C. JONES
United States District Judge